IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| The Estate of Latoya Nicole Valentine, by and through Debra Grate, Personal Representative and Debra Grate, in her individual capacity,<br><br>                  Plaintiffs,<br>vs.<br><br>The State of South Carolina; the Office of the Governor; Henry D. McMaster; Nimrata Haley, also known as Nikki; Joshua Backer; Christian Soura; S.C. Department of Health and Human Services; S.C. Department of Disabilities and Special Needs; Pickens County Disabilities and Special Needs Board; Robert Kerr; Patrick Maley; Mary Poole; Lois Park Mole; Susan Beck; Beverly Buscemi; Kathi Lacy; William Barfield; Thomas Waring; Kerry & Company; William Danielson; Elaine Thena; John Owens; Diane Anderson; Stanley Butkus; and Sam Waldrep,<br><br>                  Defendants. | C.A. No. 8:19-198-JFA<br><br>ORDER TO REMAND |

      This action was filed in State court and thereafter removed by the defendants to the United States District Court for the District of South Carolina. In a conference call conducted on the record on March 12, 2019, Patricia Harrison, counsel for the plaintiffs, agreed to voluntarily dismiss the claims from this case which were asserted under the Americans with Disabilities Act and the Rehabilitation Act. Removal of these two federal claims leaves nothing pending in the case but state law claims. Accordingly, the Court

1

hereby remands this action to the Court of Common Pleas for Pickens County, South Carolina, C/A No. 2018-CP-39-01274. This remand is with the clear understanding, as announced by Ms. Harrison at the March 12 hearing before this court, that she will never seek to amend the complaint in this case to once again assert any federal claims.

Additionally, Ms. Harrison agreed that any defendant who has not yet answered the complaint in this case shall have 30 days from the date of this order to file an answer or otherwise plead.

For the foregoing reasons, this action is remanded to state court. The Clerk shall forward the appropriate records to that court for further proceedings.

IT IS SO ORDERED.

March 14, 2019  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge